***E-FILED 11/21/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD J. KAHUTE,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**BEN CURRY, Warden,**<br><br>                                    Respondent. | C 07-0142 RMW (PR)<br><br>~~[PROPOSED]~~ ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **January 18, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading.

IT IS SO ORDERED.

Dated: 11/21/07   _____
                  /s/ Ronald M. Whyte
                  The Honorable Ronald M. Whyte

[Proposed] Order                                                             Kahute v. Curry
                                                                             Case No. C 07-0142 RMW (PR)