*E-FILED - 8/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD J. KAHUTE, | ) | No. C 07-0142 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| CONTRA COSTA COUNTY SUPERIOR COURT, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge